AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of Illinois on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25-cv-03319 | DATE FILED<br>3/27/2025 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Shenzhen Huachuang Shangpin Technology Co., Ltd. | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | V. Miller | 3/28/2025 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Print    Save As...    Reset

# Exhibit A



United States of America

To Promote the Progress

of Science and Useful Arts

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

Katherine Kelly Vidal

Director of the United States Patent and Trademark Office

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

US0D1038359S

(12) **United States Design Patent** (10) **Patent No.: US D1,038,359 S**
**Wang** (45) **Date of Patent: ** Aug. 6, 2024**

(54) **HAND-HELD FAN**

(71) Applicant: **Peihua Wang**, Guangdong (CN)

(72) Inventor: **Peihua Wang**, Guangdong (CN)

(73) Assignee: **Shenzhen Huachuang Shangpin Technology Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/835,523**

(22) Filed: **Apr. 20, 2022**

(30) **Foreign Application Priority Data**

Feb. 23, 2022 (CN) ........................ 202230086479.0

(51) **LOC (14) Cl.** ............................................... **23-04**
(52) **U.S. Cl.**
USPC ......................................................... **D23/382**
(58) **Field of Classification Search**
USPC ....... D23/332, 333, 370, 380, 382, 411, 412
CPC .. F04D 25/084; F04D 25/0673; F04D 25/166; F04D 29/424; F24F 2221/38
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D893,699 S | * | 8/2020 | Zhu | D23/382 |
| D907,187 S | * | 1/2021 | Li | D23/382 |
| D937,402 S | * | 11/2021 | Zhao | D23/382 |
| D964,544 S | * | 9/2022 | Zou | D23/382 |
| D987,056 S | * | 5/2023 | Zhu | D23/382 |
| D994,871 S | * | 8/2023 | Yuan | D23/382 |
| D997,332 S | * | 8/2023 | Fan | D23/370 |
| D998,134 S | * | 9/2023 | Huang | D23/370 |
| D1,000,602 S | * | 10/2023 | Zhou | D23/382 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 308102660 | * | 6/2023 |
| CN | 308336926 | * | 11/2023 |
| CN | 308377249 | * | 12/2023 |

OTHER PUBLICATIONS

Fayhijun Portable Handheld Fan, posted Apr. 5, 2023 [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/FAYHIJUN-Portable-Handheld-Rechargeable-blue-Handheld/dp/B0B21166G4/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 (Year: 2023).*

(Continued)

*Primary Examiner* — Richard Edgar
*Assistant Examiner* — Carolyn W Davis

(57) **CLAIM**

The ornamental design for a hand-held fan, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a hand-held fan showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a right side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof;
FIG. **8** is a rear side perspective view thereof;
FIG. **9** is an enlarged detail view of area **9** shown in FIG. **1**;
FIG. **10** is an enlarged detail view of area **10** shown in FIG. **2**;
FIG. **11** is an enlarged detail view of area **11** shown in FIG. **3**; and,
FIG. **12** is an enlarged detail view of area **12** shown in FIG. **4**.
The broken lines encircling enlargement portions of the hand-held fan form no part of the claimed design.

**1 Claim, 12 Drawing Sheets**



(56)  **References Cited**

OTHER PUBLICATIONS

Koonie Portable Handheld Fan, posted Nov. 27, 2023 [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/Koonie-Portable-Handheld-Powerful-Rechargeable/dp/B0CLN9QH3R?ref_=ast_sto_dp&th=1 (Year: 2023).*

Sadahalu Electric Mini Handheld Fan, posted unknown [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/SADAHALU-Electric-Handheld-Personal-Rechargeable/dp/B0CDX4FSNP/ref=sr_1_4?keywords=SADAHALU&qid=1703101405&sr=8-4 (Year: 2023).*

Trimit Mini Handheld Fan, posted unknown [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/Trimit-Handheld-Adjustable-Rechargeable-Travelling/dp/B0CFLMC5L9/ref=sr_1_10?keywords=Trimit&qid=1703101754&sr=8-10&th=1 (Year: 2023).*

Dmdfan Mini Handheld Fan, posted Aug. 26, 2022 [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/DMDFAN-Handheld-Portable-Adjustable-Rechargeable/dp/B09WY5HQXQ/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 (Year: 2022).*

Fadachy Portable Fan, posted Jun. 26, 2023 [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/FADACHY-Portable-Personal-Handheld-Rechargeable/dp/B0BZH7XRHV/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 (Year: 2023).*

Portable Handheld Personal Rechargeable Fan, posted May 2, 2023 [online], [retrieved Dec. 20, 2023]. Retrieved from internet, https://www.amazon.com/Portable-Handheld-Rechargeable-90%C2%B0Adjustable-Aromatherapy/dp/B0BYX4DWMH/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1 (Year: 2023).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3

U.S. Patent Aug. 6, 2024 Sheet 4 of 12 US D1,038,359 S

12

FIG. 4



FIG. 5



FIG. 6



FIG. 7

U.S. Patent    Aug. 6, 2024    Sheet 8 of 12    US D1,038,359 S



FIG. 8



FIG. 9



FIG.10



FIG.11



FIG.12