**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS**

| | |
|---|---|
| SHENZHEN HUACHUANG SHANGPIN TECHNOLOGY CO., LTD., | |
| Plaintiff, | **Case No. 1:25-cv-3319** |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned attorney for Plaintiff Shenzhen Shining Bright Technology Co., Ltd., hereby notifies this Court of the voluntary dismissal of all claims against Defendant **DG Haokewujin** identified on Schedule A to the Complaint, with prejudice.

Date: June 17, 2025.

/s/ Alexander Warden
Alexander Warden
awarden@aplg.us
Atlantic Partners Law Group, LLC
2825 Third Ave,
Bronx, NY, 10455
(347)420-0279
*Attorney for Plaintiff.*

## <u>CERTIFICATE OF SERVICE</u>

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this June 17, 2025. Any other counsel of record will be served by electronic and/or first-class mail.

*/s/Alexander Warden*

Alexander Warden, Esq.
