# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Shenzhen Huachuang Shangpin Technology Co., Ltd.
                                                                Plaintiff,

v.                                                              Case No.: 1:25−cv−03319

                                                                Honorable Steven C. Seeger

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's counsel filed a notice of voluntary dismissal for one defendant (that's fine), but called it a motion on CM/ECF (that's not). (Dckt. No. [27]) A notice of dismissal is not a motion, because a notice of dismissal does not require the Court to do anything. That's the whole point. Going forward, counsel must keep that distinction in mind, and avoid calling filings motions when they aren't motions. In any event, Defendant DG Haokewujin is dismissed. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.